DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
OSCAR LOPEZ ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>             Plaintiff,         )<br>                                )<br>     v.                         )<br>                                )<br>                                )<br>                                )<br> OSCAR LOPEZ ROMERO,             )<br>                                )<br>             Defendant.         )<br> _____ ) | Cr.S. 06-150-FCD<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: June 5, 2006<br>Time: 9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the trial confirmation hearing set for May 22, 2006 and the jury trial set for June 6, 2006 be vacated and a status conference hearing be set for June 5, 2006 at 9:30 a.m.

    This continuance is requested as defense counsel needs additional time to discuss this case with the government, research criminal history and present a plea offer to the defendant.  Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act

from the date this stipulation is lodged, through June 5, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

DATED: May 18, 2006.                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

                                        /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant

                                        McGREGOR SCOTT
                                        United States Attorney

DATED: May 18, 2006.                    /s/ RACHELLE BARBOUR for
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: May 18, 2006                     /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge

2